IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JANET C. HENRY, et al.<br>§ Plaintiffs,<br>§<br>§<br>VS. §<br>§<br>§<br>EDWARD JOSEPH HALLAHAN, et al. §<br>§ Defendants. | Case No. 4:13cv605 |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 16, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Motion to Transfer Venue (Dkt. 20) be GRANTED and that this case be transferred to the Abilene Division of the Northern District of Texas.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Defendants' Motion to Transfer Venue (Dkt. 20) is GRANTED and this case shall be transferred to the Abilene Division of the Northern District of Texas.

**IT IS SO ORDERED.**

**SIGNED this the 30th day of March, 2015.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE